IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERTO RODRIGUEZ, JR., individually and as a representative of the class,<br><br>      Plaintiff,<br><br>v.<br><br><br>SPRINT/UNITED MANAGEMENT COMPANY,<br><br>      Defendant. | Hon. Matthew F. Kennelly<br><br>Case No. 15-cv-10641 |

## **STIPULATION OF DISMISSAL**

      Plaintiff Roberto Rodriguez, Jr. and Defendant Sprint/United Management Company hereby stipulate to the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is with prejudice and without costs to either party.

                                       NICHOLS KASTER, PLLP

Dated: August 8, 2016                          /s/Brock J. Specht
                                                        Anna P. Prakash, MN Bar No. 0351362*
                                                        Email: aprakash@nka.com
                                                        Brock J. Specht, MN Bar No. 0388343*
                                                        Email: bspecht@nka.com
                                                        4600 IDS Center
                                                        80 South Eighth Street
                                                        Minneapolis, MN 55402
                                                        Telephone: (612) 256-3200
                                                        Facsimile: (612) 338-4878
                                                        *admitted *pro hac vice*

                                                        STEPHAN ZOURAS, LLP
                                                        James B. Zouras, IL Bar No. 6230596
                                                        Email: jzouras@stephanzouras.com
                                                        Ryan F. Stephan, IL Bar No. 6273101
                                                        Email: rstephan@stephanzouras.com
                                                        Andrew C. Ficzko, IL Bar No. 6299763
                                                        Email: aficzko@stephanzouras.com

Jorge A. Gamboa, IL Bar No. 6312860
Email: jgamboa@stephanzouras.com
205 N. Michigan Ave, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550

*Attorneys for Plaintiff*

SPRINT/UNITED MANAGEMENT
COMPANY

By:   /s/ Steven J. Pearlman

Steven J. Pearlman
Edward C. Young
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL 60602
Phone: (312) 962-3500
Fax: (312) 962-3551

Elise Bloom (Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Brock J. Specht, hereby certify that on August 8, 2016, I filed the foregoing STIPULATION OF DISMISSAL via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Date: August 8, 2016 /s/Brock J. Specht
Brock J. Specht